

*Via ECF*

February 11, 2026
Hon. Paul J. Evangelista, U.S.M.J.
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

Re:   *Knight v. Anzalone et al.*
      *Case No. 9:25-cv-00996-MAD-PJE*

Dear Judge Evangelista:

As Your Honor is aware we have been retained to represent Mr. Nicholas Anzalone in the above-referenced matter. We appreciate Your Honor's initial extension to file an Answer on behalf of Mr. Anzalone. Coordinating a phone call with Mr. Anzalone, who is incarcerated, has proved more difficult than initially expected and we apologize for the inconvenience. It is our understanding that we will be able to speak with Mr. Anzalone on February 19, 2026. As such, we are requesting an extension until February 20, 2026 to answer the Complaint in this matter.

Please advise as to Your Honor's position. Thank you for your attention and consideration of this matter.

Very truly yours,

LaMarche Safranko Law PLLC

Lily G. Killar
LKillar@LSLawNY.com

LGK/mbl

Cc:   **Carl Anthony Knight, Jr.**
      QJ-0100
      SCI DALLAS
      1000 FOLLIES ROAD
      DALLAS, PA 18612