UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CARL ANTHONY KNIGHT JR.,

        Plaintiff,

        v.           **CERTIFICATE OF SERVICE**

CO N. ANZALONE, et al..,        **Case No. 9-25-cv-996**

        Defendants.

I hereby certify that on April 8, 2026, I electronically filed the flowing documents with the Clerk of the Court using the CM/ECF system: Notice of Appearance by Joshua R. Friedman and Defendant Anzalone's Answer to Plaintiff's Amended Complaint, and I hereby certify that my office has mailed, via the United States Postal Service, the above-mentioned documents to the following non-CM/ECF participants:

**Carl Anthony Knight, Jr.**
QJ-0100
SCI DALLAS
1000 FOLLIES ROAD
DALLAS, PA 18612

Dated: April 8, 2026

JOSHUA R. FRIEDMAN
LAMARCHE SAFRANKO LAW PLLC
Attorneys for Defendant Nicholas Anzalone
987 New Loudon Road
Cohoes, NY  12047