UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK



U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

MAY 2 6 2026

AT_____ O'CLOCK_____

John M. Domurad. Clerk - Syracuse

CARL ANTHONY KNIGHT,JR.

V.                                                          9:25-CV-00996 MAD-PJE

NICHOLAS ANZALONE   et,al

OBJECTION TO THE DEFENDANTS MANDATORY

PRETRIAL DISCOVERY DISCLOSURES

1. Objection to the defendants pretrial discovery disclosures the defendants provided the plaintiff with a written response claiming, the defendants is not presently in possession, custody or in control of materials responsive to this demand. the plaintiff believes this response is unreasonable and unacceptable, this is non-compliant to the mandatory pre-trial discovery order. pursuant to 28 U.S.C 636(C).

2.Defendants is responsible for complying with mandatory pre-trial discovery disclosures. Furthermore, the plaintiff has provided the Clerk of the Courts UNITED STATES DISTRICT COURT ,FEDERAL BUILDING, P.O. BOX 7367, 100 S. CLINTON STREET, SYRACUSE NEW YORK 13261-7367 with mandatory pre-trial discovery order thus far. the defendants response would be unfairly prejudicial pursuant to FED.R.EVID 403. if the defendants did not provide me with the mandatory pre-trial discovery disclosures.

3.The plaintiff respectfully seeks a $5000 monetary sanction against the defendants for disobeying this discovery order and to not be given any time extentions to respond! see FAGAN V. DISTRICT OF COLUMBIA, 136 F.R.D. AT 7 ( plaintiffs should not suffer if the information is not easily accessible because defendants have an inefficient filing system.

5-19-2026

CARL ANTHONY KNIGHT,JR.

SCI-DALLAS

1000 FOLLIES RD

DALLAS, PA 18612

## CERTIFICATE  OF SERVICE

I, CARL ANTHONY KNIGHT,JR. hereby certify that i have caused to be served to the below named true and correct copies of the foregoing document via us postal service through prison mail.


CLERK OF THE COURTS

UNITED STATES DISTRICT COURT

100 S. CLINTON STREET

SYRACUSE, NEW YORK 13261

Smart Communications/PADOC
SCI-Dallas

NAME __CARL ANTHONY KNIGHT JR__

NUMBER __QJ-0100__

SCI-DALLAS
1000 Follies Road
Dallas, PA  18612

INMATE MAIL

FIRST-CLASS



US POSTAGE PITNEY BOWES

ZIP 18612 $ 000.74⁰
02 7W
0008045128 MAY 21 2026

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

MAY 2 6 2026

RECEIVED

CLERK of the COURTS
UNITED STATES DISTRICT COURT
FEDERAL BUILDING, P.O Box 7367
100 S. CLINTON STREET
SYRACUSE, NEW YORK 13261

132618610S CO6i