UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CARL ANTHONY KNIGHT, JR.,

Plaintiff,

v.

CO N. ANZALONE, et al.,

Defendants.

**Case No. 9-25-cv-996 (PJE/MAD)**

**DECLARATION OF SERVICE**

I, ANDREW R. SAFRANKO, declare pursuant to 28 USC § 1746, that on August 13, 2026, my office served the annexed Affirmation in Response to Plaintiff's Motion for Reconsideration upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in Cohoes, New York, a depository under the exclusive care and custody of the United States Postal Service, directed to the individual at the address, designated for that purpose, as follows:

Smart Communications/PA DOC
Carl Anthony Knight, Jr./QJ-0100
State Correctional Institution
PO Box 33028
St. Petersburg, Florida 33733

Dated: August 13, 2026

Andrew R. Safranko, Esq.
LaMarche Safranko Law, PLLC
Attorneys for Nicholas Anzalone
987 New Loudon Road
Cohoes, New York 12047
(518) 982-0770