LAMARCHE SAFRANKO LAW
PLLC

*Via ECF*

August 18, 2026

Hon. Paul J. Evangelista
United States Magistrate Judge

*Re: Knight v. Anzalone et al.*
*Case No. 9:25-cv-00996-MAD-PJE*

Dear Judge Evangelista:

As you know, I represent defendant Nicholas Anzalone in the above-referenced matter. The deadline for discovery in this matter is presently scheduled for August 19, 2026, with the dispositive motion deadline set for October 19, 2026. However, in light of the discovery disputes that are currently before the Court, as well as the recent appearance of the attorney general on behalf of three additional defendants, and extension of the deadline for such defendants to answer until September 8, 2026, it is respectfully requested that the deadline for discovery be extended to February 19, 2027, and the dispositive motion deadline be extended until April 19, 2027.

Thank you for your attention and consideration to this matter.

Very truly yours,

LAMARCHE SAFRANKO LAW PLLC

Joshua R. Friedman
JFriedman@LSLawNY.com

JRF/jrf

Cc: Smart Communications/PA DOC
Carl Anthony Knight, Jr./QJ-0100
State Correctional Institution
PO Box 33028
St. Petersburg, Florida 3373