UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CARL ANTHONY KNIGHT, JR.,

*Plaintiff,*

– against –

C.O. N. ANZALONE, *et al.*,

*Defendants.*

**DECLARATION OF ERIN PFENDLER**

9:25-CV-0996

(MAD/PJE)

I, ERIN PFENDLER, on the date noted below and pursuant to 28 U.S.C. §1746, declare the following to be true and correct under penalty of perjury under the laws of the United States:

1. I am employed by the New York State Department of Corrections and Community Supervision (DOCCS). I currently serve as the Supervisor for the Incarcerated Grievance Program (IGP) at Marcy Correctional Facility (Marcy). As such, I am familiar with the grievance procedure available to incarcerated individuals for filing complaints at Marcy.

2. Although not a party to this action, I submit this Declaration in support of Defendants' motion for summary judgment, based upon personal knowledge and review of the applicable regulations, DOCCS Directives, and agency records kept in the ordinary course of business, which are in my custody and care.

3. The IGP is governed by state regulation (7 N.Y.C.R.R. §§ 701.1-701.11), which is mirrored in and administered through an agency-level directive (DOCCS Directive #4040). At Marcy, the texts of both the state regulation and DOCCS Directive 4040 are available in the facility's law library. Incarcerated individuals confined to a Special Housing Unit (SHU), or otherwise confined such as in a Residential Mental Health Unit (RMHU), may request such materials from the Law Library for in-cell use.

4. During orientation, incarcerated individuals at Marcy are provided instructions on how to utilize the grievance process and are advised of DOCCS Directive #4040, which states, in pertinent part, that grievances must contain a concise and specific description of the problem and action requested. They are further advised that DOCCS Directive #4040 is available in the Law Library in its entirety.

5. From July 10, 2023 to July 16, 2023, Plaintiff attended and successfully completed Marcy's facility orientation. *See* Plaintiff's Program Assignment History, attached as **Exhibit A.**

6. The DOCCS incarcerated grievance process allows any incarcerated individual who is personally affected by an issue to submit their grievance complaint to the Incarcerated Grievance Resolution Committee (IGRC), a facility committee comprised of elected incarcerated individual representatives and appointed staff members.

7. The incarcerated grievance process established by 7 N.Y.C.R.R. § 701.5 involves three steps:

(1) the incarcerated individual must file a complaint with the IGRC within 21 calendar days of an alleged incident at the individual facility where the incarcerated individual is housed, even if the alleged incident occurred at another facility. Once received, the clerk shall consecutively number and log each grievance at the time of receipt. The IGRC has 16 calendar days in which to attempt to informally resolve the complaint, or hold a hearing;

(2) if dissatisfied with the IGRC recommendation, the incarcerated individual may appeal it to the Superintendent of the facility within seven calendar days after receipt of the IGRC's written response. The request to appeal must be submitted, in writing, directly

to the IGRC at the facility where the grievance was filed, as indicated on Form #2131. The Superintendent has 20 calendar days to render a response; and

(3) if dissatisfied with the Superintendent's response, the incarcerated individual may appeal the decision to CORC within seven calendar days after receipt of the Superintendent's written response. The request to appeal to CORC must also be submitted, in writing, directly to the IGRC at the facility where the grievance was filed, as indicated on Form #2133, for forwarding to CORC.

8. Absent any extensions, matters not decided within the time limits may be appealed to the next step. 7 N.Y.C.R.R. § 701.6(g)(2).

9. DOCCS also provides an expedited procedure for the review of grievances alleging harassment or misconduct by DOCCS employees. *See* 7 N.Y.C.R.R. § 701.8. A grievance that falls under this category will be directly forwarded to the Superintendent upon filing, who has 25 calendar days to render a response. While the expedited procedure allows for direct forwarding of such a grievance to the Superintendent of the facility, an incarcerated individual must still initiate the grievance process by filing a grievance in accordance with § 701.5. *See* 7 N.Y.C.R.R. § 701.8(a). If an incarcerated individual disagrees with the Superintendent's response, they must still appeal the decision to CORC to exhaust their administrative remedies. *See* 7 N.Y.C.R.R. § 701.8(h). To do so, they must file such a request, in writing, to the IGRC office at the facility where the grievance was filed within seven calendar days of receipt of that response, for forwarding to CORC. *See* 7 N.Y.C.R.R. § 701.8(h). Further, if an incarcerated individual fails to receive a response to an expedited grievance from the Superintendent within 25 calendar days, the failure to respond may be construed as a denial, and the incarcerated individual must still appeal to CORC to exhaust their administrative remedies. *See* 7 N.Y.C.R.R. § 701.8(g). This is done by

filing such a request, in writing, to the IGRC office at the facility where the grievance was filed, for forwarding to CORC. *See* 7 N.Y.C.R.R. § 701.8(g).

10. CORC is the final appellate level of the IGP for both the expedited and non-expedited grievance procedures.

11. Letters or complaints submitted directly to external bodies, such as the Office of Special Investigations (OSI), do not constitute grievances under DOCCS Directive # 4040 unless they concern allegations of sexual abuse or sexual harassment. Accordingly, letters or complaints submitted directly to OSI regarding allegations of excessive force, failure to intervene, or deliberate medical indifference—such as Plaintiff's—do not satisfy the grievance requirements of 7 N.Y.C.R.R. § 701.5.

12. When a grievance is received at Marcy, the grievance office gives the grievance a code according to the category of the grievance, a title to reflect the content of the complaint, and then logs it into a logbook. A receipt is then sent to the grievant providing them with the grievance number. If a grievant does not receive a receipt after filing a grievance and/or has other issues with the grievance process, they could follow up with the IGP supervisors via mail and/or during their weekly rounds.

13. At Marcy, documents related to a particular grievance, including but not limited to, the initial complaint, requests for extensions of time, investigations, and appeals, are stored at the facility's grievance office, and maintained in the ordinary course of business. Furthermore, our facility preserves grievance records for the current year and four years prior. 7 N.Y.C.R.R. § 701.6(k)(3).

14. It is my understanding that Plaintiff, Carl Anthony Knight, Jr., alleges that on August 13, 2023, at Marcy Correctional Facility, Defendant Swiderski initiated an excessive-force incident

by contacting other officers—including Defendant Coomber—to "beat" Plaintiff, and then participated in escorting Plaintiff while other officers allegedly yanked on his handcuffs and slammed Plaintiff's face to the ground during transport to the infirmary. Plaintiff further alleges that Defendant Coomber was present for the entirety of the incident, failed to intervene, and physically restrained Plaintiff while other officers allegedly rammed Plaintiff's face into a wall, pushed him to the ground, and beat him until he lost consciousness. After the alleged incident, Plaintiff claims that Defendant Barrette twice refused to provide medical assistance or decontamination while Plaintiff was housed in the Special Housing Unit (SHU). Plaintiff's allegations are the proper subject for a grievance through the IGP. 7 N.Y.C.R.R. § 701.2(a).

15. Based upon DOCCS records, Plaintiff was housed at Marcy between July 7, 2023 and August 28, 2023. *See* Plaintiff's Chronological History Display, attached as **Exhibit B**. During that time, Marcy had, and continues to have, a fully functioning incarcerated grievance process available to incarcerated individuals, who also had full access to CORC in which to appeal facility-level grievance determinations.

16. With respect to Plaintiff's August 13, 2023 claims against Defendants Swiderski, Coomber, and Barrette, Plaintiff had until September 3, 2023, to file a grievance with the IGRC. *See* 7 N.Y.C.R.R. § 701.5(a)(1). Additionally, Plaintiff had until September 27, 2023, to request an extension of time to file a grievance and supply mitigating circumstances, which is 45 days from August 13, 2023. *See* 7 N.Y.C.R.R. § 701.6(g)(1)(i).

17. Based on DOCCS records, Plaintiff was transferred to Fishkill Correctional Facility on August 28, 2023, before the above-described 21-day period expired. *See* Ex. A.

18. At the request of the Office of the New York State Attorney General, I conducted a diligent search of DOCCS records for any grievances filed by Plaintiff at Marcy relating to Plaintiff's allegations in this action.

19. Plaintiff did not file any grievances while housed at Marcy related to his claims in this action.

20. My search of DOCCS records also indicates that Marcy's grievance office did not receive any written correspondence from Plaintiff concerning his allegations in this matter.

21. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2024
Marcy, New York

Erin Pfendler

# EXHIBIT A

CURRENT FACILITY: 140 - WOODBOURNE

DIN: 23B1583 NAME: KNIGHT, CARL

TITLE STUDENT ITEM 415206 FAC WOODBOURNE
SHOP AIR COND & REFRIG FROM 08/25/25 TO 09/30/25 A.M. $ .1750
END REASON: AUTO CLOSED BY INMATE ACCOUNTS MTWTFSS
YYYYY__

TITLE STUDENT ITEM 503201 FAC WOODBOURNE
SHOP ABE I (4) FROM 08/25/25 TO 09/30/25 P.M. $ .1583
END REASON: AUTO CLOSED BY INMATE ACCOUNTS MTWTFSS
YYYYY__

TITLE UNKNOWN ITEM 036583 FAC WOODBOURNE
SHOP FACILITY ORIENTATION FROM 08/11/25 TO 08/24/25 AM/PM $ .0750
END REASON: INAPPROPRIATE PLACEMENT MTWTFSS
YYYYY__

TITLE UNKNOWN ITEM 042583 FAC WOODBOURNE
SHOP UNEMPLOYED/UNASSIGNED (2) FROM 07/21/25 TO 08/10/25 AM/PM $ .0750
END REASON: LATERAL PROGRAM CHANGE MTWTFSS
YYYYY__

TITLE UNKNOWN ITEM 042583 FAC WOODBOURNE
SHOP UNEMPLOYED/UNASSIGNED (2) FROM 06/30/25 TO 07/20/25 P.M. $ .0750
END REASON: LATERAL PROGRAM CHANGE MTWTFSS
YYYYY__

TITLE ASAT PARTICIPANT ITEM 850203 FAC WOODBOURNE
SHOP ASAT (4) FROM 06/30/25 TO 07/20/25 A.M. $ .1583
END REASON: SUCCESSFULLY COMPLETED PROGRAM MTWTFSS
YYYYY__

TITLE UNKNOWN ITEM 042583 FAC WOODBOURNE
SHOP UNEMPLOYED/UNASSIGNED (2) FROM 06/23/25 TO 06/29/25 AM/PM $ .0750
END REASON: REACHED ON WAITING LIST MTWTFSS
YYYYY__

TITLE ASAT PARTICIPANT ITEM 850201 FAC WOODBOURNE
SHOP ASAT (4) FROM 06/16/25 TO 06/22/25 A.M. $ .1583
END REASON: ADMINISTRATIVE ERROR MTWTFSS
YYYYY__

TITLE STUDENT ITEM 415206 FAC WOODBOURNE
SHOP AIR COND & REFRIG FROM 11/04/24 TO 06/15/25 A.M. $ .1750
END REASON: REACHED ON WAITING LIST MTWTFSS
YYYYY__

TITLE STUDENT ITEM 503201 FAC WOODBOURNE
SHOP ABE I (4) FROM 06/24/24 TO 06/22/25 P.M. $ .1583
END REASON: REACHED ON WAITING LIST MTWTFSS
YYYYY__

TITLE ASAT PARTICIPANT ITEM 850204 FAC WOODBOURNE
SHOP ASAT (4) FROM 06/24/24 TO 11/03/24 A.M. $ .1583
END REASON: PROGRAM NO LONGER IN OPERATION MTWTFSS
YYYYY__

CURRENT FACILITY: 140 - WOODBOURNE

DIN: 23B1583 NAME: KNIGHT, CARL

```
TITLE STUDENT                      ITEM 512931   FAC WOODBOURNE
 SHOP ABE (1)                      FROM 06/17/24 TO 06/23/24  P.M.    $  .1583
END REASON: LATERAL PROGRAM CHANGE                                    MTWTFSS
                                                                      YYYYY__

TITLE UNKNOWN                      ITEM 042083   FAC WOODBOURNE
 SHOP UNEMPLOYED/UNASSIGNED (2)    FROM 06/10/24 TO 06/16/24  P.M.    $  .0750
END REASON: REACHED ON WAITING LIST                                   MTWTFSS
                                                                      YYYYY__

TITLE STUDENT                      ITEM 415213   FAC WOODBOURNE
 SHOP AIR COND & REFRIG            FROM 04/15/24 TO 06/23/24  A.M.    $  .1583
END REASON: REACHED ON WAITING LIST                                   MTWTFSS
                                                                      YYYYY__

TITLE PARTICIPANT II               ITEM 794220   FAC WOODBOURNE
 SHOP AGGRESSION REPLC TRNG        FROM 04/15/24 TO 06/09/24  P.M.    $  .1583
END REASON: SUCCESSFULLY COMPLETED PROGRAM                            MTWTFSS
                                                                      YYYYY__

TITLE UNKNOWN                      ITEM 042083   FAC WOODBOURNE
 SHOP UNEMPLOYED/UNASSIGNED (2)    FROM 04/01/24 TO 04/14/24  P.M.    $  .0750
END REASON: LATERAL PROGRAM CHANGE                                    MTWTFSS
                                                                      YYYYY__

TITLE PORTER I                     ITEM 168106   FAC WOODBOURNE
 SHOP HALL SQUAD (1)               FROM 03/11/24 TO 04/14/24  A.M.    $  .1000
END REASON: REACHED ON WAITING LIST                                   MTWTFSS
                                                                      YYYYY__

TITLE ASAT PARTICIPANT             ITEM 850910   FAC WOODBOURNE
 SHOP ASAT (4)                     FROM 03/11/24 TO 03/31/24  P.M.    $  .1583
END REASON: REMOVED FOR DISCIPLINARY REASONS                          MTWTFSS
                                                                      YYYYY__

TITLE UNKNOWN                      ITEM 036003   FAC WOODBOURNE
 SHOP FACILITY ORIENTATION         FROM 03/04/24 TO 03/10/24 AM/PM    $  .0750
END REASON: INITIAL ASSIGNMENT                                        MTWTFSS
                                                                      YYYYY__

TITLE UNKNOWN                      ITEM 096583   FAC FISHKILL
 SHOP RRU                          FROM 12/25/23 TO 02/27/24 AM/PM    $  .0000
END REASON: AUTO CLOSED BY LOCATOR FILE                               MTWTFSS
                                                                      YYYYY__

TITLE UNKNOWN                      ITEM 068583   FAC MOHAWK
 SHOP IDLE/SPECIAL HOUSING (2)     FROM 12/18/23 TO 12/18/23 AM/PM    $  .0000
END REASON: AUTO CLOSED BY LOCATOR FILE                               MTWTFSS
                                                                      YYYYY__

TITLE UNKNOWN                      ITEM 036583   FAC MOHAWK
 SHOP FACILITY ORIENTATION         FROM 12/04/23 TO 12/17/23 AM/PM    $  .0750
END REASON: REMOVED FOR DISCIPLINARY REASONS                          MTWTFSS
                                                                      YYYYY__
```

CURRENT FACILITY: 140 - WOODBOURNE

DIN: 23B1583 NAME: KNIGHT, CARL

TITLE STUDENT ITEM 598915 FAC FISHKILL
SHOP CELL STUDY FROM 09/18/23 TO 11/27/23 AM/PM $ .0000
END REASON: AUTO CLOSED BY LOCATOR FILE MTWTFSS
YYYYY__

TITLE UNKNOWN ITEM 096583 FAC FISHKILL
SHOP RRU FROM 09/04/23 TO 11/27/23 AM/PM $ .0000
END REASON: AUTO CLOSED BY LOCATOR FILE MTWTFSS
YYYYY__

TITLE UNKNOWN ITEM 067583 FAC MARCY
SHOP IDLE/SPECIAL HOUSING (1) FROM 08/21/23 TO 08/28/23 AM/PM $ .0000
END REASON: AUTO CLOSED BY LOCATOR FILE MTWTFSS
YYYYY__

TITLE PORTER II ITEM 113224 FAC MARCY
SHOP C BLOCK (1) FROM 07/17/23 TO 08/20/23 EVENING $ .1583
END REASON: REMOVED FOR DISCIPLINARY REASONS MTWTFSS
YYYYY__

TITLE PORTER II ITEM 113918 FAC MARCY
SHOP C BLOCK (1) FROM 07/17/23 TO 08/20/23 P.M. $ .1583
END REASON: REMOVED FOR DISCIPLINARY REASONS MTWTFSS
YYYYY__

TITLE UNKNOWN ITEM 036583 FAC MARCY
SHOP FACILITY ORIENTATION FROM 07/10/23 TO 07/16/23 AM/PM $ .0750
END REASON: SUCCESSFULLY COMPLETED PROGRAM MTWTFSS
YYYYY__

TITLE UNKNOWN ITEM 041583 FAC MID-STATE
SHOP UNEMPLOYED/UNASSIGNED (1) FROM 06/26/23 TO 07/06/23 AM/PM $ .0750
END REASON: AUTO CLOSED BY INMATE ACCOUNTS MTWTFSS
YYYYY__

TITLE PHASE I TS ITEM 690002 FAC MID-STATE
SHOP PHASE I TS FROM 06/19/23 TO 06/25/23 AM/PM $ .1000
END REASON: SUCCESSFULLY COMPLETED PROGRAM MTWTFSS
YYYYY__

TITLE UNKNOWN ITEM 036583 FAC MID-STATE
SHOP FACILITY ORIENTATION FROM 05/29/23 TO 06/18/23 AM/PM $ .0750
END REASON: SUCCESSFULLY COMPLETED PROGRAM MTWTFSS
YYYYY__

# EXHIBIT B

CHRONOLOGICAL HISTORY DISPLAY

14 WOODBOURNE

DIN 23B1583 NYSID [redacted] FACILITY OFF COUNTS LOCATION

NAME KNIGHT, CARL DOB [redacted] SEX M E/R NI

| EFFECTIVE DATE | DATE ENTERED | SENDING FACILITY | RECEIVING FAC/ OUTCOUNT LOCATION | TRANSACTION TYPE | CELL |
|---|---|---|---|---|---|
| 04/06/23 | 04/06/23 | | ELMIRA RECEP | NEW COMMIT | 0A-05-36S |
| 05/18/23 | 05/18/23 | ELMIRA RECEP | MIDSTATE | TRANSFER OUT | 0C-02-25S |
| 05/18/23 | 05/18/23 | ELMIRA RECEP | GRNHVN INTKE | INTRANS RECV | 0H-52-69S |
| 05/22/23 | 05/22/23 | GRNHVN INTKE | MIDSTATE | INTRANS SENT | 0H-52-69S |
| 05/22/23 | 05/22/23 | ELMIRA RECEP | MIDSTATE | TRANSFER IN | 27-2E-12B |
| 07/04/23 | 07/04/23 | MIDSTATE | MARCY | INTRANS SENT | 27-2E-19B |
| 07/05/23 | 07/05/23 | MIDSTATE | MARCY | INTRANS RECV | 0J-01-06B |
| 08/16/23 | 08/16/23 | MIDSTATE | MARCY | TRANSFER IN | SH-0B-016 |
| 08/28/23 | 08/28/23 | MARCY | FISHKILL RRU | TRANSFER OUT | SH-0B-016 |
| 08/28/23 | 08/28/23 | MARCY | FISHKILL RRU | TRANSFER IN | JH-00-022 |
| 09/17/23 | 09/17/23 | FISHKILL RRU | FISHKILL GEN | INTRANS RECV | HS-2W-A02 |
| 09/18/23 | 09/18/23 | FISHKILL GEN | FISHKILL RRU | INTRANS SENT | HS-2W-A02 |
| 09/18/23 | 09/18/23 | FISHKILL GEN | FISHKILL RRU | INTRANS RECV | JH-00-022 |
| 11/27/23 | 11/27/23 | FISHKILL RRU | MOHAWK | TRANSFER OUT | JH-00-022 |
| 11/27/23 | 11/27/23 | FISHKILL RRU | MOHAWK | TRANSFER IN | 73-0A-07B |
| 12/18/23 | 12/18/23 | MOHAWK | FISHKILL RRU | TRANSFER OUT | SH-0B-019 |
| 12/18/23 | 12/18/23 | MOHAWK | FISHKILL RRU | TRANSFER IN | JH-00-013 |
| 02/27/24 | 02/27/24 | FISHKILL RRU | WOODBOURNE | TRANSFER OUT | JH-00-013 |
| 02/27/24 | 02/27/24 | FISHKILL RRU | WOODBOURNE | TRANSFER IN | 0C-01-21S |
| 10/03/25 | 10/03/25 | WOODBOURNE | | CR OTH STATE | 0C-02-03B |

NOTE: THIS REPORT WAS RECONSTRUCTED USING HISTORICAL INMATE MOVEMENT DATA FROM COMPUTER RECORDS, AND IS ONLY AS ACCURATE AS IT WAS MAINTAINED BY THE FACILITY FOR THIS TIME PERIOD.