UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CARL ANTHONY KNIGHT, JR.,

*Plaintiff,*

– against –

C.O. N. ANZALONE, *et al.*,

*Defendants.*

**DECLARATION OF SHAWN LEGGETT**

9:25-CV-996

(MAD/PJE)

I, SHAWN LEGGETT, on the date noted below and pursuant to 28 U.S.C. §1746, declare the following to be true and correct under penalty of perjury under the laws of the United States:

1. I am employed by the New York State Department of Corrections and Community Supervision (DOCCS). I currently serve as the Supervisor for the Incarcerated Grievance Program (IGP) at Fishkill Correctional Facility (Fishkill). As such, I am familiar with the grievance procedure available to incarcerated individuals for filing complaints at Fishkill.

2. Although not a party to this action, I submit this Declaration in support of Defendants' motion for summary judgment, based upon personal knowledge and review of the applicable regulations, DOCCS Directives, and agency records kept in the ordinary course of business, which are in my custody and care.

3. The IGP is governed by state regulation (7 N.Y.C.R.R. §§ 701.1-701.11), which is mirrored in and administered through an agency-level directive (DOCCS Directive #4040). At Fishkill, the texts of both the state regulation and DOCCS Directive 4040 are available in the facility's Law Library. Incarcerated individuals confined to a Special Housing Unit (SHU), or otherwise confined such as in a Residential Mental Health Unit (RMHU), may request such materials from the Law Library for in-cell use.

4. During orientation, incarcerated individuals at Fishkill are provided instructions on how to utilize the grievance process and are advised of DOCCS Directive #4040, which states, in pertinent part, that grievances must contain a concise and specific description of the problem and action requested. They are further advised that DOCCS Directive #4040 is available in the Law Library in its entirety.

5. The DOCCS incarcerated grievance process allows any incarcerated individual who is personally affected by an issue to submit their grievance complaint to the Incarcerated Grievance Resolution Committee (IGRC), a facility committee comprised of elected incarcerated individual representatives and appointed staff members.

6. The incarcerated grievance process established by 7 N.Y.C.R.R. § 701.5 involves three steps:

(1) the incarcerated individual must file a complaint with the IGRC within 21 calendar days of an alleged incident at the individual facility where the incarcerated individual is housed, even if the alleged incident occurred at another facility. Once received, the clerk shall consecutively number and log each grievance at the time of receipt. The IGRC has 16 calendar days in which to attempt to informally resolve the complaint, or hold a hearing;

(2) if dissatisfied with the IGRC recommendation, the incarcerated individual may appeal it to the Superintendent of the facility within seven calendar days after receipt of the IGRC's written response. The request to appeal must be submitted, in writing, directly to the IGRC at the facility where the grievance was filed, as indicated on Form #2131. The Superintendent has 20 calendar days to render a response; and

(3) if dissatisfied with the Superintendent's response, the incarcerated individual may appeal the decision to CORC within seven calendar days after receipt of the Superintendent's written response. The request to appeal to CORC must also be submitted, in writing, directly to the IGRC at the facility where the grievance was filed, as indicated on Form #2133, for forwarding to CORC.

7. Absent any extensions, matters not decided within the time limits may be appealed to the next step. 7 N.Y.C.R.R. § 701.6(g)(2).

8. DOCCS also provides an expedited procedure for the review of grievances alleging harassment or misconduct by DOCCS employees. *See* 7 N.Y.C.R.R. § 701.8. A grievance that falls under this category will be directly forwarded to the Superintendent upon filing, who has 25 calendar days to render a response. While the expedited procedure allows for direct forwarding of such a grievance to the Superintendent of the facility, an incarcerated individual must still initiate the grievance process by filing a grievance in accordance with § 701.5. *See* 7 N.Y.C.R.R. § 701.8(a). If an incarcerated individual disagrees with the Superintendent's response, they must still appeal the decision to CORC to exhaust their administrative remedies. *See* 7 N.Y.C.R.R. § 701.8(h). To do so, they must file such a request, in writing, to the IGRC office at the facility where the grievance was filed within seven calendar days of receipt of that response, for forwarding to CORC. *See* 7 N.Y.C.R.R. § 701.8(h). Further, if an incarcerated individual fails to receive a response to an expedited grievance from the Superintendent within 25 calendar days, the failure to respond may be construed as a denial, and the incarcerated individual must still appeal to CORC to exhaust their administrative remedies. *See* 7 N.Y.C.R.R. § 701.8(g). This is done by filing such a request, in writing, to the IGRC office at the facility where the grievance was filed, for forwarding to CORC. *See* 7 N.Y.C.R.R. § 701.8(g).

9. All grievances, whether they concern allegations of harassment or not, must be filed within twenty-one (21) days of the alleged incident. *See* 7 N.Y.C.R.R. §§ 701.5(a)(1), 701.8(a).

10. An incarcerated individual may request an exception to the time limit for filing a grievance by submitting in writing the request along with the grievance the incarcerated individual wishes to file. *See* 7. N.Y.C.R.R. § 701.6(g)(1)(i). The IGP Supervisor may grant an exception of time limit for filing a grievance based on mitigating circumstances. *See* 7 N.Y.C.R.R. § 701.6(g)(1)(i)(a). An exception of time limit may not be granted more than 45 days after an alleged occurrence. *See id.*

11. CORC is the final appellate level of the IGP for both the expedited and non-expedited grievance procedures.

12. Letters or complaints submitted directly to external bodies, such as the Office of Special Investigations (OSI), do not constitute grievances under DOCCS Directive # 4040 unless they concern allegations of sexual abuse or sexual harassment. Accordingly, letters or complaints submitted directly to OSI regarding allegations of excessive force, failure to intervene, or deliberate medical indifference—such as Plaintiff's—do not satisfy the grievance requirements of 7 N.Y.C.R.R. § 701.5.

13. Incarcerated individuals are required to file grievances at the facility where they are housed at the time of filing. *See* 7 N.Y.C.R.R. § 701.5(a)(1). Thus, if an individual is transferred to another facility before the time to file a grievance or request an extension of time to file has expired, any grievance or extension request must be filed at the facility where the individual is physically present and housed at the time of the submission. *See id.*

14. When a grievance is received at Fishkill, the IGP Supervisor gives the grievance a code according to the category of the grievance, a title to reflect the content of the complaint, and then the grievance clerk logs it into a logbook. A receipt is then sent to the grievant providing them

with the grievance number. If a grievant does not receive a receipt after filing a grievance and/or has other issues with the grievance process, they could follow up with the IGP supervisor via mail and/or during their weekly rounds.

15. At Fishkill, documents related to a particular grievance, including but not limited to, the initial complaint, requests for extensions of time, investigations, and appeals, are stored at the facility's grievance office, and maintained in the ordinary course of business. Furthermore, our facility preserves grievance records for the current year and four years prior. *See* 7 N.Y.C.R.R. § 701.6(k)(3).

16. It is my understanding that Plaintiff, Carl Anthony Knight, Jr., alleges that on August 13, 2023, at Marcy Correctional Facility, Defendant Swiderski initiated an excessive-force incident by contacting other officers—including Defendant Coomber—to "beat" Plaintiff, and then participated in escorting Plaintiff while other officers allegedly yanked on his handcuffs and slammed Plaintiff's face to the ground during transport to the infirmary. Plaintiff further alleges that Defendant Coomber was present for the entirety of the incident, failed to intervene, and physically restrained Plaintiff while other officers allegedly rammed Plaintiff's face into a wall, pushed him to the ground, and beat him until he lost consciousness. After the alleged incident, Plaintiff claims that Defendant Barrette twice refused to provide medical assistance or decontamination while Plaintiff was housed in the Special Housing Unit (SHU). Plaintiff's allegations are the proper subject for a grievance through the IGP. 7 N.Y.C.R.R. § 701.2(a).

17. Based upon DOCCS records, Plaintiff was housed at Fishkill between August 28, 2023 and November 27, 2023. *See* Plaintiff's Chronological History Display attached as **Exhibit A**. During that time, Fishkill had, and continues to have, a fully functioning incarcerated grievance process

available to incarcerated individuals, who also had full access to CORC in which to appeal facility-level grievance determinations.

18. With respect to Plaintiff's August 13, 2023 claims against Defendants Swiderski, Coomber, and Barrette, Plaintiff had until September 3, 2023, to file a grievance with the IGRC. *See* 7 N.Y.C.R.R. § 701.5(a)(1). Additionally, Plaintiff had until September 27, 2023, to request an extension of time to file a grievance and supply mitigating circumstances, which is 45 days from August 13, 2023. *See* 7 N.Y.C.R.R. § 701.6(g)(1)(i).

19. At the request of the Office of the New York State Attorney General, I conducted a diligent search of DOCCS records for any grievances filed by Plaintiff at Fishkill relating to Plaintiff's allegations in this action.

20. Based upon my review of the grievance records maintained at Fishkill, Plaintiff did not file a timely grievance referencing his claims in this action. However, on November 20, 2023, Plaintiff filed Grievance No. FCF-0390-23, titled "See Dr. Get Treatment," which was processed as a code 22 medical grievance. *See* Grievance No. FCF-0390-23 attached as **Exhibit B**. In Grievance No. FCF-0390-23, Plaintiff complained that he has not received proper medical attention at Fishkill. In that grievance, Plaintiff also mentioned that he was denied medical attention after being assaulted on August 13, 2023 at Marcy. *See* Exh. B.

21. In the request for relief, Plaintiff requested to be seen by Fishkill medical staff and asked for diagnostic testing, including x-rays, for continuing injuries and headaches. *See id.* Consistent with its content, Grievance No. FCF-0390-23 was correctly coded a 22 and processed as a medical-treatment complaint regarding Fishkill.

22. Apart from referencing being assaulted and denied medical attention at Marcy, this grievance was related to the subsequent medical care that Plaintiff received after he was transferred

to Fishkill. Plaintiff's grievance was not processed as a grievance about an incident of alleged excessive force or denial of medical care on August 13, 2023, at Marcy because that was not the relief Plaintiff requested, and it was nevertheless untimely. *See id.* Plaintiff's grievance was submitted more than 21-days after the alleged August 13, 2023 incident, and beyond the 45-day period in which Plaintiff could request an extension with mitigating circumstances.

23. Plaintiff did not request any exception to the time limits, nor did Plaintiff's grievance provide any mitigating circumstances as required by the directive.

24. On December 7, 2023, Fishkill's IGRC denied Plaintiff's grievance. *See* **Exhibit B.**

25. On December 7, 2023, Plaintiff was sent a copy of the IGRC's decision. *See* **Exhibit B.**

26. Plaintiff had seven days or until December 14, 2023 to appeal the IGRC's decision. *See* 7 N.Y.C.R.R. § 701.5(c)(1).

27. Plaintiff never sent an appeal of Grievance No. FCF-0390-23 to the IGP Office at Fishkill to be investigated by the Superintendent. *See* **Exhibit B.**

28. Had Plaintiff sent Fishkill's IGP Office the relevant grievance appeal it would have been processed and transmitted to the Superintendent.

29. A review of Fishkill's grievance records from Plaintiff's confinement there shows that he filed no timely grievances concerning allegations of excessive force, failure to intervene, or deliberate indifference by staff at Marcy.

30. Further, there would be a record of a correspondence by Plaintiff requesting an extension to appeal to the Superintendent. Based upon a review of the available records, however, Plaintiff never sent any written correspondence concerning his allegations in this matter.

31. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 9/3/26
Beacon, New York

Shawn Leggett

# EXHIBIT A

CHRONOLOGICAL HISTORY DISPLAY
14 WOODBOURNE

DIN 23B1583 NYSID 15019837L FACILITY OFF COUNTS LOCATION
NAME KNIGHT, CARL DOB 10/26/90 SEX M E/R NI

| EFFECTIVE DATE | DATE ENTERED | SENDING FACILITY | RECEIVING FAC/ OUTCOUNT LOCATION | TRANSACTION TYPE | CELL |
|---|---|---|---|---|---|
| 04/06/23 | 04/06/23 | | ELMIRA RECEP | NEW COMMIT | 0A-05-36S |
| 05/18/23 | 05/18/23 | ELMIRA RECEP | MIDSTATE | TRANSFER OUT | 0C-02-25S |
| 05/18/23 | 05/18/23 | ELMIRA RECEP | GRNHVN INTKE | INTRANS RECV | 0H-52-69S |
| 05/22/23 | 05/22/23 | GRNHVN INTKE | MIDSTATE | INTRANS SENT | 0H-52-69S |
| 05/22/23 | 05/22/23 | ELMIRA RECEP | MIDSTATE | TRANSFER IN | 27-2E-12B |
| 07/04/23 | 07/04/23 | MIDSTATE | MARCY | INTRANS SENT | 27-2E-19B |
| 07/05/23 | 07/05/23 | MIDSTATE | MARCY | INTRANS RECV | 0J-01-06B |
| 08/16/23 | 08/16/23 | MIDSTATE | MARCY | TRANSFER IN | SH-0B-016 |
| 08/28/23 | 08/28/23 | MARCY | FISHKILL RRU | TRANSFER OUT | SH-0B-016 |
| 08/28/23 | 08/28/23 | MARCY | FISHKILL RRU | TRANSFER IN | JH-00-022 |
| 09/17/23 | 09/17/23 | FISHKILL RRU | FISHKILL GEN | INTRANS RECV | HS-2W-A02 |
| 09/18/23 | 09/18/23 | FISHKILL GEN | FISHKILL RRU | INTRANS SENT | HS-2W-A02 |
| 09/18/23 | 09/18/23 | FISHKILL GEN | FISHKILL RRU | INTRANS RECV | JH-00-022 |
| 11/27/23 | 11/27/23 | FISHKILL RRU | MOHAWK | TRANSFER OUT | JH-00-022 |
| 11/27/23 | 11/27/23 | FISHKILL RRU | MOHAWK | TRANSFER IN | 73-0A-07B |
| 12/18/23 | 12/18/23 | MOHAWK | FISHKILL RRU | TRANSFER OUT | SH-0B-019 |
| 12/18/23 | 12/18/23 | MOHAWK | FISHKILL RRU | TRANSFER IN | JH-00-013 |
| 02/27/24 | 02/27/24 | FISHKILL RRU | WOODBOURNE | TRANSFER OUT | JH-00-013 |
| 02/27/24 | 02/27/24 | FISHKILL RRU | WOODBOURNE | TRANSFER IN | 0C-01-21S |
| 10/03/25 | 10/03/25 | WOODBOURNE | | CR OTH STATE | 0C-02-03B |

NOTE: THIS REPORT WAS RECONSTRUCTED USING HISTORICAL INMATE MOVEMENT DATA FROM COMPUTER RECORDS, AND IS ONLY AS ACCURATE AS IT WAS MAINTAINED BY THE FACILITY FOR THIS TIME PERIOD.

EXHIBIT B

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. FCF 0390-23 | HEARING DATE 12-7-23 |
|---|---|---|
| | GRIEVANT NAME KNIGHT, C. | DIN 23B1583 |
| INCARCERATED GRIEVANCE PROGRAM | FACILITY FISHKILL CF | HOUSING UNIT O |
| IGRC HEARING RESPONSE | HELD IN ABSENTIA ☒ YES ☐ NO If yes, why: TRANSFERRED | |

Response of IGRC:

Grievance unfavorable. Per DSH J-, grievant was seen at sick call on 9/13/23, 10/23/23 and 11/15/23. Noting, grievant ws a no-show for sick call on 9/13/23, 10/27/23 and 11/15/23. Advising, grievant has since transferred to another facility and will be followed up there.

Chairperson: J. Carter IGRC Members: [signatures] Jose [signature] D. Frey

Date Returned to Grievant: 12/7/2023

Appeal:

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☐ I disagree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I want to apply to the IGP Supervisor for review of the IGRC dismissal.

Grievant Signature: ____________________ Date: ____________

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

***To be completed by Grievance Clerk***

Grievance Clerk Signature: ____________________ Date Received: ____________

Date Forwarded to Superintendent For Action: ____________

FORM 2131 (Reverse) (12/21)

| NEW YORK STATE Corrections and Community Supervision<br><br>**INCARCERATED GRIEVANCE PROGRAM**<br><br>**IGRC HEARING RESPONSE** | GRIEVANCE NO.<br>FCF 0390-23 | HEARING DATE<br>12-7-23 |
|---|---|---|
| | GRIEVANT NAME<br>KNIGHT, C. | DIN<br>23B1583 |
| | FACILITY<br>FISHKILL CF | HOUSING UNIT<br>O |
| | HELD IN ABSENTIA<br>☒ YES ☐ NO If yes, why: TRANSFERRED | |

Response of IGRC:

Grievance unfavorable. Per DSH J-, grievant was seen at sick call on 9/13/23, 10/23/23 and 11/15/23. Noting, grievant ws a no-show for sick call on 9/13/23, 10/27/23 and 11/15/23. Advising, grievant has since transferred to another facility and will be followed up there.

Chairperson: [signature] IGRC Members: [signatures]

Date Returned to Grievant: 12/7/2023

Appeal:

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☐ I disagree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I want to apply to the IGP Supervisor for review of the IGRC dismissal.

Grievant Signature: ______________________ Date: ______________

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

***To be completed by Grievance Clerk***

Grievance Clerk Signature: ______________________ Date Received: ______________

Date Forwarded to Superintendent For Action: ______________

FORM 2131 (Reverse) (12/21)

```
12/04/23                    *** FPMS INMATE OVERVIEW ***                      KINQM15
DIN 23B1583 NAME KNIGHT, CARL                                        NYSID 15019837L
FBI [redacted]    SEX MALE   DOB 10/26/1990 ETHNIC NOT HISPANIC  RACE NATIVE AM.
STATUS IN CUSTODY     NEW COMMIT      ORIG DATE RECV 04/06/2023   CMC A  08/23
CURR FAC MOHAWK       CELL 74-0F-19B  OWN FAC MOHAWK          DIS#
REL                                      DIS
T/O STATUS NONE                                           CUSTODIAL
 CRIMES   TOTAL CRIMES 0001                                     COMMIT COUNTY
      CRIM MISCHIEF 2ND                D                         ERIE


AGGREGATE TERM 0002 00 00  TO  0004 00 00     EARLIEST RELEASE DATE 03/23/2024
PH DATE/TYPE TENT RLSE  PE DATE    TAC DATE/TYPE COND REL  MAX EXP DT PRS ME DT
11/2023 INIT            03/23/2024 07/2024 INIT 11/23/2024 03/23/2026
WARRANT: FELONY WAR ( N ) MISDEMEANOR WAR ( N ) ICE ( N ) PENDING CHARGES ( Y )
         SENTENCE OTHER AGENCY ( N )  DEF SENT ( N )  EXP DATE (             )
MOST SERIOUS PRI     CRIM POSS WEAP 4TH                 CONVICTION
DATE 04/29/21 TYPE OF SENT LOCAL JAIL                 TERM          -
SECURITY CLASS MED A  DATE 11/09/23 OTH SEC CHARS YES EXTENDED CLASS RSNS NO
UNUSUAL INCID YES MOST CURR 08/06/23 TOTAL INCD 002     MED PROB YES
PD PGM FACILITY ORIENTATION
REC LOC                                                     NEXT DIN:
                                                     HTTP://PH/I.ASPX?D=23B1583
 <ENTER> CONTINUE <PF3> EXIT(FUNC) <PF4> RETURN <PF10> PRINT <CLEAR> EXIT(SYS)
```

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
FISHKILL CORRECTIONAL FACILITY

**INMATE GRIEVANCE RESPONSE FORM**

TO: Grievance Office

FROM: Jackson-Smith, DSH

SUBJECT: Response to Grievance FCF- 0390-23

Per Superintendent's memo, you must respond to this grievance within 72 hours. Place your response in the IGRC mail slot located in either the Mail Room or by the Superintendent's secretary in the Administration building, on or before 11/24/2023.

---

This will acknowledge receipt of the above captioned grievance. Pursuant to the request, please be advised of the following:

(1) INFORMALLY RESOLVED. PLEASE STATE REASON.

(X)

INCARCERATED INDIVIDUAL SIGNATURE

OR

(2) ~~DENIED~~/GRANTED PLEASE CIRCLE CHOICE. THANK YOU - IGRC

INVESTIGATION AS FOLLOWS (OR ATTACH SIGNED MEMO)

I/I Knight was seen at sick call 9/11/23, 10/23, 10/25/23, and 11/15/23. I/I Knight was a no show for sick call 9/13/23, 10/27/23 and 11/2/23. He has since transferred to another facility and will be followed up there.

L. Jackson, DSHS 12/1/23

Signature / Title / Date

**Reams, S[redacted]DOCCS)**

**From:** Reams, S[redacted]DOCCS)
**Sent:** Monday, November 20, 2023 12:09 PM
**To:** Jackson, L[redacted](DOCCS)
**Subject:** FW: FCF 0390-23/KNIGHT #23B1583
**Attachments:** (Untitled).pdf

DHS Jackson:
RE: **FCF 0390-23/KNIGHT # 23B1583**
Grievance investigation request, please.
***THANKS!***
Sallu

**From:** Reams, S[redacted]
**Sent:** Monday, November 20, 2023 11:27 AM
**To:** Reams, S[redacted]
**Subject:** FCF 0390-23/KNIGHT #23B1583

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
FISHKILL CORRECTIONAL FACILITY

**INMATE GRIEVANCE RESPONSE FORM**

TO: Grievance Office

FROM: Jackson-Smith, DSH

SUBJECT: Response to Grievance FCF- 0390-23

Per Superintendent's memo, you must respond to this grievance within 72 hours. Place your response in the IGRC mail slot located in either the Mail Room or by the Superintendent's secretary in the Administration building, on or before 11/24/2023.

---

This will acknowledge receipt of the above captioned grievance. Pursuant to the request, please be advised of the following:

(1) INFORMALLY RESOLVED. PLEASE STATE REASON.

(X)

INCARCERATED INDIVIDUAL SIGNATURE

OR

(2) DENIED/GRANTED PLEASE CIRCLE CHOICE. THANK YOU - IGRC

INVESTIGATION AS FOLLOWS (OR ATTACH SIGNED MEMO)

Signature / Title / Date

11-20-23

DATE: 11/14/2023
Name: Carl Knight
DIN: 23B1583
Location: JH-CO cell 22 RRU
fishKill correction

Grievance #

22

SEE DR.
GET TREATMENT

KNIGHT, C.
# 23B1583
O RRU

BEYOND 21 DAY TIME LIMIT (SAD)

Complaint: Medical

on 8/13/23 I was assaulted in handcuffs at Marcy Correctional facility and i Suffered Several injuries to the head shoulder and Right hand Marcy denied me medical attention, I get Transferred to your facility And I have put in numerous sick calls complaining about my injuries and seeking Proper Medical attention to my injuries fishkill has failed to give me the immediate medical attention and treat my injuries. I was transferred too fishkill RRU 8/27/23 And numerous sick calls have been Placed since this date and i still have not seen a doctor and I have not Recieved no treatment for my injuries. your medical staff are not Processing sick calls by Priority.

CURRENT COMPLAINT

Relief Requested: I need too be seen immediately by medical by a Doctor I need X-rays on my nose and Right shoulder for injuries And I been having major migraine headaches that i would like too be treated for. Additionally Please send grievance Response back to me VIA mail.

Carl Knight
(X) SIGNATURE

11-20-23
0390-23

DATE: 11/14/2023
Name: Carl Knight
Din: 23B1583
Location: JH-00 cell 22 RRU
fishkill correction

Grievance #

(22)

SEE DR.
GET TREATMENT

KNIGHT, C.
# 23B1583
(0) RRU

BEYOND 21 DAY TIME LIMIT

(SNO) Complaint: Medical

on 8/13/23 I was assaulted in handcuffs at Marcy Correctional facility and i suffered several injuries to the head shoulder and Right hand Marcy denied me medical attention, I get Transferred to your facility And I have put in numerous sick calls complaining about my injuries and seeking Proper Medical attention to my injuries fishkill has failedto give me the immediate medical attention and treat my injuries. I was transferred too fishkill RRU 8/27/23 And numerous sick calls have been Placed since this date and i still have not seen a doctor and I have not Recieved no treatment for my injuries. your medical staff are not Processing sick calls by Priority.

CURRENT COMPLAINT

Relief Requested: I need too be seen immediately by medical by a Doctor I need X-rays on my nose and Right shoulder for injuries And I been having major migraine headaches that i would like too be treated for. Additionally Please send grievance Response back to me Via mail.

Carl Knight
(X) SIGNATURE