8/29/2026

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP - 8 2026
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Syracuse

**HONORABLE MAGISTRATE JUDGE**

**PAUL J. EVANGELISTA**

**FEDERAL BUILDING & U.S COURTHOUSE**

**SYRACUSE, NY 13261-7346**

**RE: PRETRIAL MANDATORY DISCOVERY DISCLOSURES FOR CASE# 9:25-CV-00996-MAD-PJE, & SANCTIONS IMPOSED FOR NON-COMPLIANCE.**

1. Your , Honorable magistrate Judge, Mr.Evangelista I recieved a copy of the pre-trial discovery disclosures and not the originals on date 8/27/2026, defendants counsel continues to send my legal correspondence to the non-legal corresponding address smart communications/ PADOC STATE CORRECTIONAL INSTITUTION P.O BOX 33028 ST PETERSBURG, FLORIDA 33733. Ive informed the defendants counsel that they are sending my legal correspondence to the wrong address.

2.The smart communications p.o box 33028 st,petersburg address is specifically for non-legal corresponding! the processing facility copies and keeps the originals of what they recieve sent to incarcerated individuals in PADOC.The defendants counsel was informed about this policy on 2 occasions they continue to ignore the PADOC LEGAL MAIL PROCESSING PROCEDURE ADM 8.03 refusing to request a department code, i request that they are sanctioned. The defendants counsel have access to the legal corresponding address thats on record in the civil Docket.

3.Defendants counsel also claimed to have sent a CD that i have not recieved yet. The mail room at this facility must be withholding it. defendants counsel must request ATTORNEY CLIENT# at the PADOC public website at http://privileged mails.cor.pa or by contacting central office via email at (RACRATRNYCNTRLNUM@PA.GOV), and include the attorney client code# on all legal correspondence and send it to SCI-DALLAS CORRECTIONAL FACILITY 1000 FOLLIES RD, DALLAS PA 18612.

4.Records indicate the NYS ATTORNEY GENERALS OFFICE is in compliance with this policy why are the defendants counsel for CO N.ANZALONE not in compliance?CC:LAMARCHE SAFRANKO LAW PLLC 987 new loudon rd cohoes,ny 12047

CARL ANTHONY KNIGHT JR QJ-0100

SCI-DALLAS

1000 FOLLIES RD

DALLAS, PA 18612

Smart Communications/PADOC
SCI-Dallas
NAME Carl Anthony Knight, Jr
NUMBER QJ-0100

SCI-DALLAS
1000 Follies Road
Dallas, PA 18612

INMATE MAIL

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 18612 $ 000.78⁰
02 7W
0008045128 SEP 02 2026

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
SEP 08 2026
RECEIVED

Honorable Magistrate Judge
Paul J. Evangelista
Federal Building & U.S Courthouse
Syracuse, NY 13261-7346

13261$7346 B001